**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FACTORY 2-U STORES, INC., a/k/a | ) | Chapter 7 |
| FACTORY 2-U, f/a/k/a GENERAL | ) | |
| TEXTILES, INC., f/a/k/a GENERAL | ) | Case No. 04-10111 (PJW) |
| TEXTILES, f/a/k/a FAMILY BARGAIN | ) | |
| CORPORATION, f/a/k/a FAMILY | ) | |
| BARGAIN CENTER, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7   TRUSTEE, | ) | |
| | ) | |
| | ) | Adv. Pro. No. 06-50321 (PJW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECT TRADE IMPORTS, INC, | ) | |
| EDWARD ABRAMOWITZ, | ) | |
| and | ) | |
| DANIEL RAPOSO | ) | |
| | ) | |
| Defendants. | ) | |

**Objection Deadline: February 27, 2008 at 4:00 PM**

**MOTION OF CHAPTER 7 TRUSTEE FOR JUDGMENT BY DEFAULT**

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the estate of Factory 2-U Stores,

Inc. and Plaintiff in the above-captioned adversary proceeding, hereby requests, pursuant to Rule

7055(b) of the Federal Rules of Bankruptcy Procedure for the entry of a Default Judgment

against Defendant, Direct Trade Imports, Inc. (the "Defendant"), for the sum of $1,796,970.25,

plus post-judgment interest pursuant to 28 U.S.C. Section 1961, until paid, together with the

Plaintiff's filing costs of $250 (the "Request").

1.      The Trustee files the instant Motion at the request of the staff of the Clerk of

Court.

2.      To date, the Plaintiff has not received a responsive pleading from the Defendant.

3.      The Clerk of the Court filed an Entry of Default against Defendant Direct Trade

Imports, Inc. on November 22, 2006 [D.N.19].

4.      This Motion for Judgment by Default is not against the co-defendants, Edward

Abramowitz and Daniel Raposo.

5.      Based upon the foregoing and Rule 7055(b) of the Federal Rules of Bankruptcy

Procedure, the Trustee requests the entry of Default Judgment against the Defendant.

6.      In support of this Request, the following documents are attached hereto:

a.      Certificate of Service for the Motion for Judgment by Default; and

b.      Proposed Judgment by Default.

WHEREFORE, the Trustee seeks entry of default judgment against the Defendant, Direct

Trade Imports, Inc. for the sum of $1,796,970.25, plus post-judgment interest pursuant to 28

U.S.C. Section 1961, until paid, together with the Plaintiff's filing costs of $250 along with

whatever relief the Court deems fair and just.

Dated: February 13, 2008                          COOCH AND TAYLOR
       Wilmington, DE


                                                    /s/ M. Claire McCudden
                                                  M. Claire McCudden, Esquire (#5036)
                                                  824 Market Street, Suite 1000
                                                  P.O. Box 1680
                                                  Wilmington, DE   19899-1680
                                                  Telephone: (302) 984-3809
                                                  Fax: (302) 652-5379
                                                  cmccudden@coochtaylor.com
                                                  Attorneys for Jeoffrey L. Burtch, Trustee